JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzllp.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzllp.com
YOUNG & ZINN LLP
1150 South Olive Street, Suite 1800
Los Angeles, California 90015
Telephone:   (213) 362-1860
Facsimile:    (213) 362-1861

Attorneys for Defendants
YALE UNIVERSITY (incorrectly sued as YALE SUMMER SESSION, YALE SCHOOL OF MANAGEMENT, and YALE LAW SCHOOL) and PETER SALOVEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Steven Yearwood,<br><br>            Plaintiff,<br><br>     vs.<br><br>Peter Salovey; Yale University; Yale Summer Session; Yale School of Management; and Yale Law School,<br><br>            Defendants. | Case No.  2:20-CV-01698<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446; DECLARATION OF KAREN J. PAZZANI** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Yale University, erroneously sued as Yale Summer Session, Yale School of Management, and Yale Law School, and Defendant Peter Salovey (collectively, "Defendants"), hereby remove the action entitled *Steven Yearwood v. Peter Salovey et al.*, Case No. 20STCV00676, currently pending in the Superior Court of the State of California for the County of Los Angeles, to the United States District Court for the Central District of California. Defendants are entitled to remove this action as of right for the following reasons:

1. **Removal is Timely.** The Complaint was served on Defendants on January 22, 2020. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it has been filed within 30 days of receipt by, and service on, Defendants of the Complaint, and within one year after "commencement of the action" in state court. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached to hereto as Exhibits A - E and G to the Declaration of Karen J. Pazzani.

2. **Diversity Jurisdiction Exists.** This Court has original subject matter jurisdiction over this Action under 28 U.S.C. § 1332. Under Section 1332, federal courts have original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs" that are "between citizens of different States." 28 U.S.C. § 1332(a)(1).[1]

   A. **The amount-in-controversy requirement is met**. The Complaint seeks damages in the amount of $1,000,000. (Pazzani Decl., Ex. A, p. 4.)

   B. **The diversity requirement is met because this action is between**

---

[1] Defendants do not waive, and expressly reserve, all arguments that they are not subject to personal jurisdiction in California.

NOTICE OF REMOVAL OF ACTION; DECLARATION OF KAREN J. PAZZANI

**citizens of different states.**  Defendants are informed and believe, and thereon allege, that as of January 8, 2020, when the Complaint was filed, and now, Plaintiff was a citizen and resident of the State of California.  The Complaint states that Plaintiff resides in California.  (Pazzani Decl., Ex. A, ¶ 16.)  In addition, Plaintiff's social media accounts, which he cites by name in the Complaint, contain numerous photographs and videos showing Plaintiff in and about Los Angeles, California.

None of the Defendants are citizens of California.  Defendant Yale University was at the time the Complaint was filed, and is now, a corporation specially chartered by the General Assembly of the Colony and State of Connecticut with its principal place of business in New Haven, Connecticut.  For purposes of diversity jurisdiction, the citizenship of a corporation is both the state in which the corporation is incorporated and the state where it has its principal place of business.  *See Co-Efficient Energy Systems v. CSL Industries, Inc.*, 812 F.2d 556, 559–60 (9th Cir. 1987).  Thus, because Defendant Yale was and is incorporated in Connecticut and its principal place of business was and is in Connecticut, Defendant Yale is a citizen of Connecticut.

Defendant Peter Salovey, the President of Yale University, has his fixed and permanent home in New Haven, Connecticut, and is therefore a citizen of Connecticut.

Plaintiff's Complaint names as additional defendants "Yale Summer Session," "Yale School of Management," and "Yale Law School."  Yale Summer Session is the name for a series of academic offerings available during the summer at Yale University in New Haven, Connecticut.  Both Yale School of Management and Yale Law School are schools of Yale University based in New Haven, Connecticut.  These "defendants" are all incorrect names for Defendant Yale University and not proper parties in their own rights, as they are each part of Yale University and none has any separate legal personality or corporate form.  Therefore, to the extent the "citizenship" of these nominal defendants is relevant to

this Court's removal jurisdiction (it is not), their citizenship is identical to that of Defendant Yale University.

3.   **All Defendants Join This Notice of Removal.**  Defendants Yale University and Peter Salovey join this Notice of Removal.  The remaining "defendants" listed in Plaintiff's Complaint are all incorrect names for Defendant Yale University, and therefore are not proper parties and need not separately consent to removal.  In any event, these nominal parties all consent to and/or join this Notice of Removal by and through Defendant Yale University, of which they are a part.

4.   **Venue Is Proper.**  Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court.  *See* 28 U.S.C. §§ 84(c)(2) and 1441(a).

5.   **Notice Has Been Given to Plaintiff and the Superior Court.**  This Notice of Removal has been given to both the adverse party and to the state court pursuant to 28 U.S.C. § 1446(d).  (Exhibit G to the Pazzani Decl.)

WHEREFORE, Defendants give notice that the above action, which was pending in the Superior Court of the State of California, County of Los Angeles, is removed to this Court.

DATED:  February 21, 2020

JULIE ARIAS YOUNG
KAREN J. PAZZANI
YOUNG & ZINN LLP

By:   /s/ Karen J. Pazzani
KAREN J. PAZZANI
Attorneys for Defendants
YALE UNIVERSITY and PETER SALOVEY

## DECLARATION OF KAREN J. PAZZANI

I, KAREN J. PAZZANI, declare as follows:

1. I am a partner at the law firm of Young & Zinn LLP, counsel of record for Defendants YALE UNIVERSITY (incorrectly sued as YALE SUMMER SESSION, YALE LAW SCHOOL, and YALE SCHOOL OF MANAGEMENT), and PETER SALOVEY (collectively, "Defendants"), and am one of the attorneys responsible for the defense of this action. I have personal knowledge of the facts set forth in this Declaration, and if called to testify under oath, could and would testify competently thereto.

2. On January 8, 2020, Plaintiff STEVEN YEARWOOD ("Plaintiff") filed an unverified Complaint in the Superior Court of the State of California, for the County of Los Angeles, designated as Case No. 20STCV00676 (the "Action"). A true and correct copy of said Complaint, in the form received by Defendant, is attached hereto as Exhibit A.

3. On January 22, 2020, Defendants were served with the Complaint, Summons, Civil Case Cover Sheet, Notice of Case Assignment, and Notice of Case Management Conference. This is the first date on which Defendants were served with any of the pleadings in the Action. True and correct copies of said documents, in the form received by Defendants, are attached hereto as Exhibits A – E and incorporated herein by this reference.

4. On January 29, 2020, Plaintiff filed a Proof of Service in Case No. 20STCV00676. A true and correct copy of this document, which I retrieved from the electronic docket, is attached hereto as Exhibit F.

5. A true and correct copy of Defendants' Notice to Superior Court and to Adverse Party of Removal of Action to Federal Court, is attached hereto as Exhibit G.

6. Exhibits A – E and G attached hereto, constitute all process, pleadings and orders served on, or by, Defendants in the Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of February, 2020, at Los Angeles, California.

KAREN J. PAZZANI