PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Steven Yearwood<br>7111 Santa Monica Blvd.<br>West Hollywood, CA 90046<br>TELEPHONE NO: 914-382-9057   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): Steven@mjurbans.com<br>ATTORNEY FOR (Name): | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JAN 08 2020<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Cristina Grijalva, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 North Hill St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF: Steven Yearwood<br>DEFENDANT: Peter Salovey, Yale University, Yale Summer Session, Yale School of Management, Yale Law School<br>☐ DOES 1 TO | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE     ☐ OTHER (specify):<br>☐ Property Damage   ☐ Wrongful Death<br>☐ Personal Injury    ☐ Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  ☐ does not exceed $10,000<br>                 ☐ exceeds $10,000, but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☒ ACTION IS RECLASSIFIED by this amended complaint<br>   ☐ from limited to unlimited<br>   ☐ from unlimited to limited | CASE NUMBER:<br><br>20STCV00676 |

1. **Plaintiff** (name or names): Steven Yearwood
   alleges causes of action against **defendant** (name or names): Peter Salovey, Yale University, Yale Summer Session, Yale School of Management, Yale Law School
2. This pleading, including attachments and exhibits, consists of the following number of pages: 33
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Doc# 3 Page# 1 - Doc ID = 1781454540 - Doc Type = Complaint

Exhibit A, Page 7

PLD-PI-001

| SHORT TITLE: SY vs YU | CASE NUMBER: 20STCV00676 |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:
   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:
   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers)*: _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers)*: _____ are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 2 of 3

Doc# 3 Page# 2 - Doc ID = 1781454540 - Doc Type = Complaint

Exhibit A, Page 8

PLD-PI-001

| SHORT TITLE: SY vs YU | CASE NUMBER: 20STCV00676 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: intellectual resources.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ 1,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 01/08/20

Steven Yeoman
(TYPE OR PRINT NAME)

▶ /s/
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

1  Steven Yearwood
2  7111 Santa Monica Blvd.
   Suite B - 247
3  West Hollywood, CA
   90046
4
5              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
6                          FOR THE COUNTY OF LOS ANGELES
7
   Steven Yearwood,                    )  Case No.: No. [20STCV00676]
8                                      )
              Plaintiff,                )  [Unlimited Civil Action]
9                                      )
       vs.                             )
10                                     )
   Peter Salovey, Yale University, Yale )
11                                     )
   Summer Session, Yale School of Management,)
12                                     )
   Yale Law School.
13
              Defendant
14  _____
15
16                              Complaint
17      COMES NOW, Steven Yearwood and hereby files this complaint seeking damages
18  against Peter Salovey, Yale University, Yale Summer Session, Yale School of Management
19  and Yale Law School in the amount of $1,000,000.00. In support thereof, Steven
20  Yearwood states as follows:
21                                   1.
22          Steven Yearwood attended Yale Summer Session in 2006.
23                                   2.
24          Steven Yearwood believes Yale Summer Session is worth attending.
25                                   3.
26  Steven Yearwood completed the Behavioral Economics Immersion program in 2016. The
27              program is offered by the Yale School of Management.
28

                          [Pleading title summary] - 1

11.

Steven Yearwood may or may not have been a victim of identity theft because of his Yale University experiences.

12.

Pursuant to CGS §11-8b and §7-109, records shall not be removed, destroyed, mutilated, transferred or otherwise damaged or disposed of, in whole or in part, except as provided by law or under the rules established by the Office of the Public Records Administrator. Pursuant to CGS §1-240 and §53-153, unauthorized removal or destruction of records is a misdemeanor or felony offense and is punishable by fine or imprisonment. In addition, the destruction of records is an illegal subject of collective bargaining pursuant to Lieberman v. Board of Labor Relations [216 Conn. 25 (1990)]. Therefore, a union agreement that involves the destruction of public records prior to the retention period established by this office would conflict with the relevant provisions of the *General Statutes of Connecticut*.

13.

Pursuant to CGS §4-193(e), an agency shall maintain information about a person which is relevant and necessary to accomplish the lawful purposes of the agency. To obtain permission to destroy or remove records classified as "irrelevant" and "unnecessary" under these provisions, agencies may submit a *Request for Removal of Public Records Personal Data Files* (Form RC-076 or Form RC-077).

14.

Educational institutions must comply with additional records maintenance requirements of applicable Federal laws, such as the Family Educational Rights and Privacy Act (FERPA) and the Individuals with Disabilities Education Act (IDEA). Educational institutions are defined as "federally funded educational agencies or institutions." Education records are defined as "records that are (1) directly related to a student and (2) maintained by an educational agency or institution or by a party acting for the agency or institution" [20 USC §1232(g) and 34 CFR §99].

[Pleading title summary] - 3

4.

Steven Yearwood completed The Global Financial Crisis course offered by Coursera. Steven Yearwood was impacted by the global financial crisis of 2008.

5.

Steven Yearwood may or may not have been erroneously persecuted by the Yale Law School community.

6.

Steven Yearwood is referred to as "lab rat," "experiment," and "SOMbie" because of his experiences at Yale University. Steven Yearwood does not believe it is acceptable to offer admission to prospective students for experimental reasons.

7.

Steven Yearwood requests a copy of any settlement agreements reached on behalf of Yale Summer Session students. Steven Yearwood is requesting an indemnity agreement.

8.

Steven Yearwood feels justified in this civil filing because of the amount of inadequate support he has received from the university.

9.

Steven Yearwood is the original founder and creator of Urban and The Startup Pitch. The websites are www.myurbans.com and www.thepitch.today. Steven Yearwood sees no reason why these websites should become closed down. Steven Yearwood is interested in having Peter Salovey as a co-founder for these ventures.

10.

Steven Yearwood is also interested in building a prototype for The People Information Application. The concept is a 21st century era yellow pages. Based upon the success of The Startup Pitch, Steven Yearwood feels he should receive the right to build a minimum viable product for The People Information App.

[Pleading title summary] - 2

15.

Sec. 53a-129a. **Identity theft defined.** (a) A person commits identity theft when such person intentionally obtains personal identifying information of another person without the authorization of such other person and uses that information to obtain or attempt to obtain, money, credit, goods, services, property or medical information in the name of such other person without the consent of such other person.

(b) As used in this section, "personal identifying information" means any name, number or other information that may be used, alone or in conjunction with any other information, to identify a specific individual including, but not limited to, such individual's name, date of birth, mother's maiden name, motor vehicle operator's license number, Social Security number, employee identification number, employer or taxpayer identification number, alien registration number, government passport number, health insurance identification number, demand deposit account number, savings account number, credit card number, debit card number or unique biometric data such as fingerprint, voice print, retina or iris image, or other unique physical representation.

(P.A. 99-99; P.A. 03-156, S. 1.)

History: P.A. 03-156 revised section to replace offense of identity theft with definition of identity theft by amending Subsec. (a) to replace "A person is guilty of identity theft when" with "A person commits identity theft when", delete requirement that the use of such information be "for any unlawful purpose" and include "money" and "property" among items the person obtains or attempts to obtain, by designating definition of "personal identifying information" as new Subsec. (b) and amending said definition to add provision that such information means "any name, number or other information that may be used, alone or in conjunction with any other information, to identify a specific individual", include such individual's name, date of birth, employer or taxpayer identification number, alien registration number, government passport number, health insurance identification number, debit card number or unique

[Pleading title summary] - 4

1  biometric data such as fingerprint, voice print, retina or iris image, or other unique
2  physical representation and replace "demand deposit number" with "demand deposit
3  account number" and by deleting former Subsec. (b) classifying identity theft as a
4  class D felony.

16.

Steven Yearwood currently resides in the state of California. Please also see;

- *Family Educational Rights and Privacy Act of 1974*, 20 United States Code, Sec. 1232g et. seq.
- *Federal Privacy Act of 1974*, 5 USCA, Sec 552a et. seq.
- *Information Practices Act of 1977*, California Civil Code, Section 1798 et. seq.
- *Taxpayer Relief Act of 1997*, 26 USC 6050S.
- *Fair and Accurate Credit Transactions Act of 2003*, as amended.
- Federal Trade Commission "Red Flag" Guidelines, Appendix A, *16 CFR 681*.
- *Public Records Act*, California Government Code, Section 6250 et. seq.

17.

Steven Yearwood may have been wronged by individuals with governmental granted powers. Please see the following case numbers filed with the Los Angeles Superior Court.

1) Steven Yearwood vs. The University of Southern California, et al. 19STCV2635.
2) Steven Yearwood vs. JPMorgan Chase and Co., et al. 19STCV45902.
3) Steven Yearwood vs. Goldman Sachs Group. 19STCV32394.

18.

Steven Yearwood has sent several emails to alumni.law@yale.edu. Steven Yearwood made these emails public. Please refer to the Instagram account StevenAnthony29.

20.

Steven Yearwood is interested in continuing his studies at Yale University.

[Pleading title summary] - 5

```
 1                                  Dated this 8th day of January, 2020.
 2
 3                                  Steven D. Yearwood
                                    ─────────────────────────────
 4                                  Name of filing party.
 5                                        [signature]
                                    ─────────────────────────────
 6                                  Signature of filing party.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                              [Pleading title summary] - 6
```

Gmail - Fwd: Reminder for President Peter Salovey '86 PhD in San Francisco          Page 1 of 5

# M Gmail

Steven Anthony <syear7@gmail.com>

## Fwd: Reminder for President Peter Salovey '86 PhD in San Francisco
2 messages

**Steven Yearwood <steven@myurbans.com>**                                                Wed, Jan 8, 2020 at 12:05 PM
To: Steven Anthony <syear7@gmail.com>

---------- Forwarded message ----------
From: **Salovey, Peter** <peter.salovey@yale.edu>
Date: Thu, Sep 15, 2016 at 10:52 AM
Subject: RE: Reminder for President Peter Salovey '86 PhD in San Francisco
To: steven@myurbans.com <steven@myurbans.com>
CC: Snyder, Ted (Dean Sch of Mgt) <tsnyder@yale.edu>

Dear Steven,

Thank you for reaching out to me regarding your work; good luck with your startup. I am glad that you were able to attend the alumni gathering in San Francisco. It was a wonderful evening and a real pleasure to see so many Yalies!

Best wishes,

Peter


Peter Salovey

President and Chris Argyris Professor of Psychology

Yale University

P.O. Box 208229

New Haven, CT 06520-8229


Telephone: (203) 432-2550




**From:** Steven Yearwood [mailto:steven@myurbans.com]
**Sent:** Tuesday, September 13, 2016 5:44 PM
**To:** Salovey, Peter <peter.salovey@yale.edu>
**Cc:** Snyder, Ted (Dean Sch of Mgt) <tsnyder@yale.edu>
**Subject:** Fwd: Reminder for President Peter Salovey '86 PhD in San Francisco

President Salovey,

Thank you kindly for having me as a guest at last nights function. The SF War Memorial and Performing Arts Center certainly was a delightful venue. I do hope that in the not too distant future, I can delve into the details of the startup that I am building - Urban. I also feel like the concept of a website that organizes social events is starting to reach a point of critical mass.

with much gratitude


p.s. - Millennials in social events, it's almost a science in its own right :)


---------- Forwarded message ----------
From: **Association of Yale Alumni - Major Cities** <noreply@eventbrite.com>
Date: Sat, Sep 10, 2016 at 9:00 PM
Subject: Reminder for President Peter Salovey '86 PhD in San Francisco
To: steven@myurbans.com

**Eventbrite**                                                                Find events  My Tickets

Gmail - Fwd: Reminder for President Peter Salovey '86 PhD in San Francisco         Page 2 of 5

President Peter Salovey '86 PhD in San Francisco is
Monday at 6:00 PM

Organized by Association of Yale Alumni - Major Cities

Don't forget your tickets

Mobile Tickets         or         Paper Tickets

Open the email attachment
or download here

Questions about this event?

Contact the organizer at michael.dobbs@yale.edu

About this event

Monday, September 12, 2016 from 6:00 PM to 8:00 PM (PDT)

Green Room - SF War Memorial and Performing Arts Center
401 Van Ness Avenue, 2nd Floor
(At McAlister)
San Francisco, CA 94102

Add to my calendar:

Google · Outlook · iCal · Yahoo

Create your own event

Anyone can sell tickets or manage registration with Eventbrite

Discover great events

Find local events that match your passions.

Gmail - Fwd: Reminder for President Peter Salovey '86 PhD in San Francisco        Page 3 of 5

Learn More          See events

About   Help    My Account    Contact Us    Privacy    Terms    Blog    (f)(y)

This email was sent to steven@myurbans.com
Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103
Copyright © 2016 Eventbrite. All rights reserved.

--

Steven Yearwood
Founder & Chief Visionary



Your Neighborhod In Real Time  The Pitch Today
CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

--

Steven Yearwood
**Founder & Chief Visionary**



Your Neighborhod In Real Time  The Pitch.Today
CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

---

Mail Delivery Subsystem <mailer-daemon@googlemail.com>
To: syear7+caf_=Steven=swissmail.com@gmail.com



**Address not found**

Your message wasn't delivered to **Steven@swissmail.com** because the address couldn't be found, or is unable to receive mail.

The response from the remote server was:
550 Requested action not taken: mailbox unavailable

Final-Recipient: rfc822; Steven@swissmail.com
Action: failed
Status: 5.0.0
Remote-MTA: dns; mx01.mail.com (74.208.5.22, the server for the domain swissmail.com.)
Diagnostic-Code: smtp; 550 Requested action not taken: mailbox unavailable
Last-Attempt-Date: Wed, 08 Jan 2020 12:09:28 -0800 (PST)

https://mail.google.com/mail/u/0?ik=81f6c9810d&view=pt&search=all&permthid=thread-f...   1/8/2020

Doc# 3 Page# 12 - Doc ID = 1781454540 - Doc Type = Complaint

Exhibit A, Page 18



https://gm1.ggpht.com/An-BTRBSYfAxUvxw8wna1VplnND96PO7w4pFpbj-XgizPVPXw... 1/8/2020











stevenanthony29

Page 1 of 1

**ıll Verizon** 🗢  11:56 AM  

STEVENANTHONY29

< **Posts**

 stevenanthony29  •••



Yale SCHOOL OF MANAGEMENT
*Executive Education*

In recognition of the contribution and participation of

Steven Yearwood

Rethinking Marketing & Insights: Behavioral Economics Immersion Program
New Haven, Connecticut
November 8-10, 2016

Edward A. Snyder
Indra K. Nooyi Dean
& William S. Beinecke Professor
of Economics and Management

Molly Nagler
Associate Dean for Executive Programs



https://gm1.ggpht.com/MFMHInghXxrrPGeqv0l-qsEwP3ihyKV_GXZikbjN2faeY_HMiBk... 1/8/2020

Page 1 of 1

 Verizon      12:15 PM      

 **STEVENANTHONY29**
**Posts**

 **stevenanthony29**
Yale School of Management     •••



View Insights      Promote

        

 Liked by **tracy812** and **284 others**

**stevenanthony29** Thank you again to the faculty and staff at The Yale School of Management. Behavioral



