# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-1698-PSG (PJW) | Date | April 13, 2020 |
|---|---|---|---|
| Title | *Steven Yearwood v. Peter Salovey, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   Order Granting Defendants' Motion to Dismiss  (Doc. No. 11.)

    Plaintiff has filed a non-sensical Complaint against Yale University and its president, Peter Salovey. It is difficult to decipher exactly what he is complaining about and whom he believes is responsible for his alleged injuries, whatever they are, but it seems to center on his attendance at a summer program in 2006 and another program in 2016. It also appears that he is complaining about the fact that the University barred him from entering the campus again after he sent inappropriate messages to the University president and other members of the administration.

    Defendants have moved to dismiss the Complaint on the grounds that Plaintiff has not: set forth a basis for personal jurisdiction over Defendants; stated a cognizable claim; and set forth his claims in a short, plain statement as is required under Federal Rule of Civil Procedure 8(a). Their motion is granted, with leave to amend. Plaintiff may file a First Amended Complaint on or before May 1, 2020, curing these defects. If he fails to file a First Amended Complaint by May 1, 2020, the Court will likely dismiss this case with prejudice.

C:\Users\isabelmartinez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VT0Y4E57\MO MTD.wpd

                                                           :

Initials of Preparer   ev