UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN YEARWOOD,<br><br>            Plaintiff,<br><br>       v.<br><br>PETER SALOVEY; YALE UNIVERSITY; YALE SUMMER SESSION; YALE SCHOOL MANAGEMENT; AND YALE SCHOOL OF LAW,<br><br>            Defendants. | Case No. CV 20-1698-PSG (PJW)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |

    Before the Court is Plaintiff's Request for Voluntary Dismissal of the action.  (Doc. No. 20.)  The request is granted and the case is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED:    May 28, 2020    .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE