JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN YEARWOOD, | Case No. CV 20-1698-PSG (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| PETER SALOVEY; YALE UNIVERSITY; YALE SUMMER SESSION; YALE SCHOOL MANAGEMENT; AND YALE SCHOOL OF LAW, | |
| Defendants. | |

Pursuant to the Order granting Plaintiff's Request for Voluntary Dismissal,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 28, 2020

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE